JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAMELA LENGUA,<br><br>　　　　　Defendants. | Case No.  CV 18-3598-GW(RAOx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

　　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that Plaintiff United States of America voluntarily dismisses all claims against all defendants in the abovementioned case pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Such dismissal is without prejudice. The parties shall each bear their own costs and attorney's fees in connection with this case.

Dated: April 8, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GEORGE H. WU, U.S. District Judge